CHRISTOPHER BETZ, APPELLEE, V. ALBION P. MARTIN
ET AL., APPELLANTS, IMPLEADED WITH JESSE P.
CHIPMAN.

FILED JUNE 18, 1895.    No. 5811.

**Review:** FAILURE TO FILE BRIEFS: AFFIRMANCE. A cause
which is submitted without oral argument being made or briefs
filed will ordinarily be affirmed without examination of the
record.   *Miller v. Lewis*, 41 Neb., 692, followed.

APPEAL from the district court of Lancaster county.
Heard below before FIELD, J.

*William B. Price*, for appellants.

*A. G. Greenlee, contra.*

HARRISON, J.

This is an appeal from a decree of foreclosure of real
estate mortgages rendered in the district court of Lancas-
ter county May, 1892, and was submitted to this court
upon the record and bill of exceptions, without either oral
argument or briefs filed calling attention to any alleged er-
ror or errors claimed to have been committed by the trial
court.   Under such circumstances it is the established rule
of this court that, ordinarily, the judgment will be affirmed
without an examination of the record. (*Stabler v. Gund*,
35 Neb., 648; *Zimmerman Mfg. Co. v. Tower*, 40 Neb., 306;
*Miller v. Lewis*, 41 Neb., 692.)   The decree of the district
court is

AFFIRMED.